STATE OF NEW JERSEY v. JEROME COLVIN.

December 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT BUSH.

December 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. DARNELL STRONG.

December 16, 1986.

Petition for certification granted.

STATE OF NEW JERSEY v. ROCCO PESCATORE, ET AL.

December 16, 1986.

Petition for certification granted.   (See 213 *N.J.Super.* 22)

STATE OF NEW JERSEY v. GEORGE R. SILVERS.

December 16, 1986.

Petition for certification denied.